| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SAMUEL R. MAIZEL (SBN 189301)<br>samuel.maizel@dentons.com<br>TANIA M. MOYRON (SBN 235736)<br>tania.moyron@dentons.com<br>ARTHUR H. RUEGGER (NY Bar No. 1242031)<br>arthur.ruegger@dentons.com (admitted pro hac vice)<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Official Committee of Equity Security Holders | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ICPW Liquidation Corporation, a California corporation,<br>    Debtor and Debtor in Possession.<br>In re:<br>ICPW Liquidation Corporation, a Nevada corporation,<br>    Debtor and Debtor in Possession. | CASE NO.: 1:17-bk-12408-MB [Jointly Administered with: 1:17-bk-12409-MB]<br><br>ADVERSARY NO.: 1:17-ap-01101-MB |
|---|---|
| Affects:<br>X Both Debtors<br>  ICPW Liquidation Corporation, a California corporation<br>  ICPW Liquidation Corporation, a Nevada corporation,<br>                                                          Debtor(s). | CHAPTER: 11 |
| OFFICIAL COMMITTEE OF EQUITY HOLDERS of ICPW LIQUIDATION CORPORATION, a California corporation and of ICPW LIQUIDATION CORPORATION, a Nevada corporation, | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| Plaintiff(s).<br>vs.<br><br>RADIANS WAREHAM HOLDING, INC., RADIANS, INC. and SAFETY SUPPLY CORPORATION,<br><br>                                                          Defendant(s). | DATE: February 12, 2018<br>TIME: 2:30 p.m.<br>COURTROOM: 303<br>ADDRESS:<br>21041 Burbank Boulevard<br>Woodland Hills, CA |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                             Page 1                                             F 7016-1.STATUS.REPORT

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No

3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (or on attached page):
Defendants filed a motion to dismiss on January 5, 2018, which the parties are briefing in accordance with the local rules. A hearing on the motion to dismiss is scheduled for February 12, 2018; which is the same date and time as the status conference.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Approximately 12-14 months. | As noted above, the case is not yet at issue. Defendant's response depends on Court's ruling on motion to dismiss. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| The following phases must be complete before trial: document discovery; fact witness depositions; expert engagement; expert reports; expert discovery; followed by pre-trial motions and a pre-trial order. | See B.1., above. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| The end of July 2018. | See B.1., above. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Beyond the above categories listed in paragraph 2, none at present. | See B.1. above. |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial *(including rebuttal stage if applicable)*?

    Plaintiff                                                                  Defendant
3-4 days.                                                                      See B.1., above.

2. How many witnesses do you intend to call at trial *(including opposing parties)*?

    Plaintiff                                                                  Defendant
7-9.                                                                           See B.1., above.

3. How many exhibits do you anticipate using at trial?

    Plaintiff                                                                  Defendant
At present unknown.                                                            See B.1., above.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff                                                              Defendant
Pretrial conference  ☒ is  ☐ is not requested           Pretrial conference  ☒ is  ☐ is not requested
Reasons:                                                               Reasons:
To reduce issue for trial.                                             To reduce issue for trial.

Plaintiff                                                              Defendant
Pretrial conference should be set after:                               Pretrial conference should be set after:
                                                                       At lest 30 days
                                                                       after the
                                                                       completion of
                                                                       discovery and all
                                                                       dispostive
(date) December 2018.                                                  (date) motions.

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
None. The plaintiffs, however, contacted counsel for the Defendants prior to filing to explore settlement, but the invitation was declined.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                        Page 1                                        F 7016-1.STATUS.REPORT

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☒ No |
| Not at this time. | Not at this time |

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: *(Use additional page if necessary)*

Defendants believe that the Court should continue this status conference until after it rules on the motion to dismiss.

Respectfully submitted,

Date: 1/29/18

Bryan Cave
Printed name of law firm

/s/ Sharon Weiss
Signature

Sharon Weiss
Printed name

Attorney for: Radians Wareham Holdings, Inc.

Date: 1/29/18

Dentons US LLP
Printed name of law firm

/s/Tania M. Moyron
Signature

Tania M. Moyron
Printed name

Attorney for: Official Committee of Equity Security Holders

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT [LBR 7016-19a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 29, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
   - United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
   - Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com;geri.anderson@bryancave.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 29, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 29, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA 91367

   ☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2018 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN 38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | |
| Brown Rudnick LLB<br>Attn: Catherine M. Castaldi<br>2211 Michelson Dr., 7th Floor<br>Irvine, CA 92612 | Ron Bender<br>Monica Y. Kim<br>Krikor J. Meshefejian<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | |
| **Equity Holders - SERVED BY EMAIL** | | |
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL 60045-4707<br>**Email: obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL 60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266<br>**Email: scott.jarus@verizon.net** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

106305615\V-1