SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
ARTHUR H. RUEGGER (Admitted Pro Hac Vice)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com

Attorneys for Trustee Mathew Pliskin

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1] and ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>Debtors and Debtors in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br>Chapter 11<br>Adv. Proc. No. 1:17-ap-01101-MB<br><br>**STIPULATION PER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014 AND FEDERAL RULE OF CIVIL PROCEDURE 25(c) SUBSTITUTING CHAPTER 11 TRUSTEE MATTHEW PLISKIN, IN HIS OFFICIAL CAPACITY, FOR THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF ICPW LIQUIDATION CORPORATION AS OBJECTOR AND PLAINTIFF**<br><br>[NO HEARING NEEDED] |
| OFFICIAL COMMITTEE OF EQUITY HOLDERS OF ICPW LIQUIDATION CORPORATION, a Nevada corporation,<br><br>Objector and Plaintiff,<br>v.<br><br>RADIANS WAREHAM HOLDING, INC., *et al.*,<br><br>Defendants. | |

This Stipulation (the "Stipulation") is entered into between Matthew Pliskin, as Trustee, and defendants Radians Wareham Holding, Inc. ("Radians"), Radians, Inc. and Safety Supply Corporation through undersigned counsel:

**WHEREAS,** on September 8, 2017, ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California") and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada Corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors") filed voluntary petitions for relief in this Court

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

108660537\V-1

under Chapter 11 of the United States Bankruptcy Code;

**WHEREAS,** on September 20, 2017, the Official Committee of Equity Holders of ICPW Liquidation Corporation, a Nevada corporation (the "OCEH") was appointed as an official committee pursuant to the *Notice of Appointment of Official Committee of Equity Holders* [main case, Docket No. 59];

**WHEREAS,** on October 6, 2017, the Court entered the *Final Order: (I) Authorizing The Debtors To (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 And 364, And (B) Utilize Cash Collateral Pursuant To 11 U.S.C. §§ 361, 362, 363 And 364; (II) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 361, 362, 363 And 364; And (III) Granting Related Relief* (the "Final DIP Order") [main case, Docket No. 87], which Order, among other things, granted the OCEH and the Official Committee of Unsecured Creditors (the "OCUC") standing individually and on behalf of the Debtors' estates, for a period of up to sixty days, to object to, challenge, or seek to avoid the amount of, validity, or enforceability of the pre-bankruptcy secured debt (or any portion thereof) or any of the liens and security interests of Radians, and to bring any other claim against Radians that the OCEH or OCUC may have, individually or on behalf of the Debtors' estates;

**WHEREAS,** on December 5, 2017, counsel to the OCEH filed the *Objection to Claim No. 20-1 in Case 1:17-BK-12408-MB And Claim No. 7-1 in Case 1:17-BK-12409-MB Pursuant to Federal Rule of Bankruptcy Procedure 3007; Complaint For: Duress; Breach of the Covenant of Good Faith and Fair Dealing; Unjust Enrichment; and Avoidance and Recovery of Property Transfer* [main case, Docket No. 292], the "Radians Claim Objection and Lawsuit" as referenced at page 26 of the *Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated February 9, 2018* [main case Docket No. 438] (the "Modified February 9, 2018 Plan" as modified and confirmed in the *Order Confirming Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated February 9, 2018 As Modified*, entered February 13, 2018 [main case, Docket No. 442] (the "Confirmation Order");

**WHEREAS,** on February 13, 2018, this Court confirmed the *Debtors And Official Committee Of Equity Security Holders Joint Plan* [the "Plan"] *Of Liquidation Dated February 9,*

- 2 -

108660537\V-1

*2018, As Modified.* On February 28, 2018, the effective date of the Plan (the "Effective Date"), a trust was to be created, for the benefit of ICPW Nevada shareholders and their assignees or successors, on terms set forth in a draft Trust Agreement attached as Exhibit "2" to the Plan, entered into by and among ICPW California, ICPW Nevada and Matthew Pliskin as Trustee (as later finalized and executed, the "Trust Agreement"). Also on the Effective Date, the standing and exclusive authority to assert, prosecute, defend and/or settle on behalf of the Debtors' estates any claims and defenses belonging to those estates, including the Radians Claim Objection and Lawsuit, was transferred to the Trust.

**WHEREAS**, pursuant to the Plan and the Trust Agreement, Matthew Pliskin was appointed Trustee for the Trust;

**WHEREAS**, pursuant to the Plan, the OCEH was automatically dissolved;

**WHEREAS**, pursuant to the Plan, any rights, claims or other interests formerly held by the OCEH in the Radians Claim Objection and Lawsuit have been transferred to the Trust;

**WHEREAS**, former counsel to OCEH in the Radians Claim Objection and Lawsuit has been engaged to represent the Trustee in, among other things, the Radians Claim Objection and Lawsuit, as set forth in the Plan; and

**WHEREAS**, counsel to all parties to the Radians Claim Objection and Lawsuit have agreed the below substitution is appropriate and have signed below.

NOW THEREFORE, it is **AGREED** as follows:

1. Pursuant to Federal Rule Of Civil Procedure 25(c), as made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9014(c), Matthew Pliskin, as Trustee for the above-referenced Trust, is hereby substituted for the Official Committee of Equity Security Holders of ICPW Liquidation Corporation, a Nevada corporation (as previously defined "OCEH") as objector and plaintiff in the adversary proceeding Adv. Proc. No. 1:17-ap-01101-MB pending in this Court;

2. Until the Court orders otherwise, the caption of this case, together with the docket and all future filings in this case, shall reflect the objector and plaintiff to be Matthew Pliskin, as Trustee, and shall no longer reflect the Official Committee of Equity Security Holders of ICPW

- 3 -

108660537\V-1

1  Liquidation Corporation, a Nevada corporation (as previously defined "OCEH").

2

3  BRYAN CAVE LEIGHTON PAISNER LLP

4
5  By: /s/ Sharon Z. Weiss
       Sharon Z. Weiss
6  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
7  Telephone: (310) 576-2100
   Facsimile:  (310) 576-2200
8  E-mail: sharon.weiss@bclplaw.com

9
   BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
10 E. Franklin Childress, Jr.
   165 Madison Avenue, Suite 2000
11 Memphis, Tennessee 38103
   Telephone: (901) 577-2147
12 Facsimile:  (901) 577-0845
   E-mail: fchildress@bakerdonelson.com
13

14 Counsel to Defendants Radians Wareham Holding, Inc., Radians, Inc. and Safety Supply
   Corporation
15

16

17 DENTONS US LLP

18
   By:  /s/ Tania M. Moyron
19       Samuel R. Maizel
         Tania M. Moyron
20       Arthur H. Ruegger
21 601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5704
22 Telephone: (213) 623-9300
   Facsimile: (203) 623-9924
23 E-mail: samuel.maizel@dentons.com; tania.moyron@dentons.com
   Counsel to Matthew Pliskin, as Trustee
24

25 Dated:  August 14, 2018

26

27

28

- 4 -

108660537\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION PER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014 AND FEDERAL RULE OF CIVIL PROCEDURE 25(c) SUBSTITUTING CHAPTER 11 TRUSTEE MATTHEW PLISKIN, IN HIS OFFICIAL CAPACITY, FOR THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF ICPW LIQUIDATION CORPORATION AS OBJECTOR AND PLAINTIFF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com,
  raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 14, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 14, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2018 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

106305615\V-1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN 38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | |
| Brown Rudnick LLB<br>Attn: Catherine M. Castaldi<br>2211 Michelson Dr., 7th Floor<br>Irvine, CA 92612 | Ron Bender<br>Monica Y. Kim<br>Krikor J. Meshefejian<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | |
| **Equity Holders - SERVED BY EMAIL** | | |
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL 60045-4707<br>**Email: obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL 60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266<br>**Email: scott.jarus@verizon.net** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

106305615\V-1

**F 9013-3.1.PROOF.SERVICE**