Case 1:17-ap-01101-MB    Doc 73    Filed 01/14/20    Entered 01/14/20 17:50:14    Desc
Main Document    Page 1 of 8

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
NICHOLAS A. KOFFROTH (Bar No. 287854)
nicholas.koffroth@dentons.com
ARTHUR H. RUEGGER (admitted pro hac vice)
arthur.ruegger@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924

Attorneys for Trustee and Trust Board

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY**

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession. | Lead Case No.:  1:17-bk-12408-MB<br>Jointly administered with: 1:17-bk-12409-MB; Chapter 11 Cases<br><br>Chapter 11 Cases<br><br>Adv. Proc. No.: 1:17-ap-01101-MB |
| MATTHEW PLISKIN, AS TRUSTEE OF THE TRUST CREATED UNDER THE JOINT PLAN OF LIQUIDATION DATED FEBRUARY 9, 2018,<br><br>    Objector and Plaintiff,<br><br>- against -<br><br>RADIANS WAREHAM HOLDING, INC.,<br><br>    Claimant and Defendant. | **TRUSTEE'S NOTICE OF SETTLEMENT WITH AND PAYMENT TO RADIANS WAREHAM HOLDING, INC.**<br><br>**[No Hearing Required Unless Requested Pursuant to Trust Agreement]** |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

US_Active\114043424\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**PLEASE TAKE NOTICE** that Matthew Pliskin, the trustee (the "Trustee") under the trust (the "Trust") created pursuant to the *Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018* (the "Plan") [Docket No. 438], confirmed by the Bankruptcy Court by order entered on February 13, 2018 [Docket No. 442], and pursuant to that certain trust agreement, dated as of February 28, 2018 (the "Trust Agreement"), entered into by and among the Trustee, ICPW Liquidation Corporation, a California corporation ("ICPW California"), formerly known as Ironclad Performance Wear Corporation, a California corporation ("Ironclad California"), ICPW Liquidation Corporation, a Nevada corporation ("ICPW Nevada," and together with ICPW California, the "Post-Confirmation Debtors"), formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("Ironclad Nevada," and together with Ironclad California, "ICPW" or the "Debtors"), and the Trust Board established under the Plan and the Trust Agreement, were granted full authority to litigate, and, if necessary, settle and resolve certain disputes.

**PLEASE TAKE FURTHER NOTICE** that the Trustee is the plaintiff in the complaint (the "Complaint") against Radians Wareham Holding, Inc. and certain affiliates (collectively, "RWHI") in Adv. Proc. No. 1:17-ap-01101-MB (the "Adversary Proceeding"), which alleges wrongdoing concerning the Debtors' loan agreements and related indebtedness (the "Pre-petition Allegations"). The Complaint also contains objections to RWHI's Claim No. 20-1 in the above-captioned case No. 1:17-bk-12408-MB and Claim No. 7-1 in the above-captioned case 1:17-bk-12409-MB (respectively, the "Proofs of Claim");

**PLEASE TAKE FURTHER NOTICE** that, on April 23, 2018, the Bankruptcy Court entered the *Order Granting In Part Motion to Estimate Claim of Radians Wareham Holding, Inc. for Reimbursement of Legal Fees Pursuant to 11 U.S.C. § 502* [Bankr. Docket No. 555] (the "Estimation Order") that provided, among other things, (i) the Class 3 Reserve Fund (in the amount of $2,300,000 (defined in the Estimation Order as the "Agreed Class 3 Reserve Fund"), and (ii) the Agreed Class 3 Reserve Fund "shall be retained by the Trustee in a segregated interest bearing trust account (the "Account") until further Order."

**PLEASE TAKE FURTHER NOTICE** that the Trustee has entered into a settlement

1

agreement (the "Settlement Agreement") with RWHI to fully and finally resolve the Proofs of Claims, the Pre-petition Allegations, the Adversary Proceeding and any related issues. Pursuant to the Settlement Agreement, among other things, the Trustee will make a payment of $375,000.00 (the "Payment") from the Agreed Class 3 Reserve Fund to RWHI and the parties will exchange mutual releases.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will enter into a stipulation with RWHI that will provide (i) for the dismissal of the Adversary Proceeding with prejudice, and (ii) that the Trustee shall no longer be required to segregate the remaining funds in the Account after the Payment to RWHI, and, consequently, these funds will be available for distribution to beneficial interest holders.

**PLEASE TAKE FURTHER NOTICE** that the Trustee is filing this Notice pursuant to the Trust Agreement, which requires (i) notice of a compromise of pending litigation in which the amount exceeds $100,000, and (ii) a 10-day objection period. The Trust Agreement also requires that the Trustee obtain approval from the Trust Board (as defined in the Trust Agreement) to enter into the Settlement Agreement. The Trustee has consulted with and obtained approval from the Trust Board (as defined in the Trust Agreement) and, under his and the Trust Board's judgment and discretion, have determined that entering into the Settlement Agreement is in the best interests of the Debtors' estates. Among other things, the Settlement Agreement avoids delay and expense in protracted litigation and will allow the Trustee to access the funds in the Account for the benefit of beneficial interest holders after the Payment is made to RWHI.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Trust Agreement, any party asserting an objection hereto and/or wishing to request a hearing thereon, must, not later than ten (10) days from the date of service of this Notice, file a written objection or request for hearing (an "Objection") with the Clerk of the Bankruptcy Court in the form required by Local Bankruptcy Rule 9013-1(f)(1), and serve such objection or request for hearing on the Office of the United States Trustee, as well as counsel for the Trustee whose name and address appear at the top, left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve an objection or request

2

US_Active\114043424\V-1

for hearing within this ten (10) day period may be deemed by the Court to be consent to the relief requested herein.

Dated: January 14, 2020

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By: /s/Tania M. Moyron
Tania M. Moyron, Counsel to
Mathew A. Pliskin, as Trustee,
and the Trust Board

3

US_Active\114043424\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the document entitled (*specify*): **TRUSTEE'S NOTICE OF SETTLEMENT WITH AND PAYMENT TO RADIANS WAREHAM HOLDING, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 14, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Destiny N Almogue    destiny.almogue@skadden.com, candice.spoon@skadden.com
- Shiva D Beck    sbeck@foley.com, jcharrison@foley.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Lisa R Chandler    lisa.chandler@ipfs.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Steven M Gluck    sgluck@juno.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Thomas C Scannell    tscannell@gardere.com, acordero@gardere.com
- Susan K Seflin    sseflin@brutzkusgubner.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Andrew T Solomon    asolomon@solomoncramer.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Douglas Wolfe    dwolfe@asmcapital.com

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 14, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
US_Active\108694530\V-1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 14, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2020 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
US_Active\108694530\V-1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn:  Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121 | US Department of Justice<br>Office of the Attorney General of the US<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA  90012 | Wendi A. Horwitz<br>Deputy Attorney General<br>Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA  90013 | Office of the Attorney General<br>Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102 |
| Xavier Baccera<br>Attorney General of California<br>California Department of Justice<br>1300 "I" Street<br>Sacramento, CA  95814 | California State Board of Pharmacy<br>1625 North Market Boulevard<br>Sacramento, CA  95834 | Department of Justice<br>Office of the CA  Attorney General<br>300 South Spring Street, Floor 9<br>Los Angeles, CA  90013 |
| Kenneth Wang<br>Department of Justice<br>Office of the CA  Attorney General<br>300 South Spring Street<br>Los Angeles, CA  90013 | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA  90012 | State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA  90013 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA  95814 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA  19101 | California Secretary of State<br>1500 11th Street<br>Sacramento, CA  95814 |
| Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York, NY  10281 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
US_Active\108694530\V-1

| **Trust Board - SERVED BY EMAIL** | | |
|---|---|---|
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email:  obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email:  rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email:  scott.jarus@verizon.net** |
| **Trustee - SERVED BY EMAIL** | | |
| Matthew Pliskin<br>2718 West Terrace Drive<br>Tampa, Florida 33609<br>**Email:**<br>**matthew@icpwliquidation.com** | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
US_Active\108694530\V-1

**F 9013-3.1.PROOF.SERVICE**