SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
ARTHUR H. RUEGGER (admitted *pro hac vice*)
arthur.ruegger@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924

Attorneys for Trustee and Trust Board

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY**

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with: 1:17-bk-12409-MB; Chapter 11 Cases<br><br>Adv. Proc. No.: 1:17-ap-01101-MB<br><br>**STIPULATION RE SETTLEMENT AGREEMENT, RELEASE OF FUNDS AND DISMISSAL OF ADVERSARY PROCEEDING [RELATES TO DOCKET NO. 73]** |
| MATTHEW PLISKIN, AS TRUSTEE OF THE TRUST CREATED UNDER THE JOINT PLAN OF LIQUIDATION DATED FEBRUARY 9, 2018,<br><br>    Objector and Plaintiff,<br><br>- against -<br><br>RADIANS WAREHAM HOLDING, INC.,<br><br>    Claimant and Defendant. | **[No Hearing Required]** |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

US_Active\114002242\V-7

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# RECITALS

This Stipulation (the "Stipulation") is by and among Matthew Pliskin, as Trustee of the Trust (the "Trustee") created under the Joint Plan of Liquidation, dated February 9, 2018, in *In re ICPW Liquidation Corporation,* a California corporation, *et al.,* Lead Case No.: 1:17-bk-12408-MB, in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "Bankruptcy Court"), on the one hand, and Radians Wareham Holding, Inc. ("RWHI"), on the other. Each of the Trustee and RWHI may be referred to in this Stipulation as a "Party" or collectively, the "Parties."

WHEREAS, on September 8, 2017, ICPW Liquidation Corporation (f/k/a Ironclad Performance Wear Corporation), a Nevada corporation ("ICPW NV"), and ICPW Liquidation Corporation (f/k/a Ironclad Performance Wear Corporation), a California corporation ("ICPW CA" and collectively with ICPW NV "ICPW" or the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, San Fernando Division (as previously defined, the "Bankruptcy Court") (Lead Case No.: 1:17-bk-12408-MB and 1:17-bk-12409-MB, together the "Bankruptcy Cases");

WHEREAS, the Trustee is the successor in interest to the official committee of equity holders for ICPW NV, which committee commenced an adversary proceeding on December 5, 2017, against RWHI and certain affiliates by filing an objection to claim, a complaint and a subsequent amended complaint alleging wrongdoing concerning Debtors' loan agreements and related indebtedness (Adv. Proc. No. 1:17-ap-01101-MB, the "Adversary Proceeding");

WHEREAS, in the Adversary Proceeding, the Trustee alleged and asserted a cause of action relating to the acquisition and administration of the "ICPW Loan from Capital One" prior to the filing of the Bankruptcy Cases and objected to RWHI's Claim No. 20-1 in Bankruptcy Case No. 1:17-bk-12408-MB and Claim No. 7-1 in Bankruptcy Case 1:17-bk-12409-MB (the "Proofs of Claim");

WHEREAS, on March 12, 2018, the Trustee filed his *Motion to Estimate Claim of Radians Wareham Holding, Inc. for Reimbursement of Legal Fees Pursuant to 11 USC Section 502(c)*

US_Active\114002242\V-7

1  [Bankr. Docket No. 473] (the "Motion to Estimate") seeking from the Bankruptcy Court an estimation of RWHI's indemnity claim for attorney' fees pursuant to 11 U.S.C. § 502(c);

WHEREAS, after a hearing on the Motion to Estimate held on April 3, 2018 (the "Hearing"), on April 23, 2018, the Bankruptcy Court entered the *Order Granting In Part Motion to Estimate Claim of Radians Wareham Holding, Inc. for Reimbursement of Legal Fees Pursuant to 11 U.S.C. § 502* (the "Estimation Order") [Bankr. Docket No. 555] based on agreement that counsel reached at the Hearing that the "Class 3 Reserve Fund" (as defined in the Estimation Order) should be $2,300,000, which is defined in the Estimation Order as the "Agreed Class 3 Reserve Fund." The Estimation Order provided that the Agreed Class 3 Reserve Fund "shall be retained by the Trustee in a segregated interest bearing trust account [the "Account"] until further Order;"

WHEREAS, the parties to the Stipulation have settled their disputes under that certain Settlement Agreement, dated January 14, 2020 (the "Settlement Agreement").  In connection therewith, the Trustee filed the *Trustee's Notice of Settlement With and Payment To Radians Wareham Holding, Inc.* [Bankr. Docket No. 624] (the "Notice"). Pursuant to the Settlement Agreement, the Parties have consented to the release and discharge of the Agreed Class 3 Reserve Fund.

WHEREAS, the deadline to object to the Settlement Agreement has passed and no objections to the Notice have been filed.

## AGREEMENT

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Settlement Agreement is effective;

2. The Trustee's obligation to reserve the Funds is discharged and, thus, the Trustee is no longer required to hold the Agreed Class 3 Reserve Fund in the amount in the Account;

3. The Trustee's claims in the Adversary Proceeding are hereby dismissed with prejudice;

4. Upon receipt of the Payment (as defined in the Settlement Agreement), RWHI waives any right or entitlement to further distribution on account of the claims set forth in the Proofs of Claim.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**Matthew Pliskin, Plaintiff and Objector as Trustee of the Trust Created Under the Joint Plan of Liquidation, dated February 9, 2018**

By: ___*/s/ Tania M. Moyron*___
Samuel R. Maizel
Tania M. Moyron
DENTONS US LLP
Counsel to Matthew Pliskin, Plaintiff and Objector as Trustee of the Trust Created Under the Joint Plan of Liquidation, dated February 9, 2018

**Radians Wareham Holding, Inc.**

By: _[signature]_____
Sharon Z. Weiss
BRYAN CAVE LEIGHTON PAISNER LLP
Counsel to Radians Wareham Holding, Inc.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

US_Active\114002242\V-7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE SETTLEMENT AGREEMENT, RELEASE OF FUNDS AND DISMISSAL OF ADVERSARY PROCEEDING [RELATES TO DOCKET NO. 73]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Natalie B. Daghbandan    natalie.daghbandan@bclplaw.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;Jacqueline.whipple@dentons.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 29, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 29, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

106305615\V-1
US_Active\106305615\V-1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2020 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

106305615\V-1
US_Active\106305615\V-1

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn:  Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | |
| Brown Rudnick LLB<br>Attn:  Catherine M. Castaldi<br>2211 Michelson Dr., 7th Floor<br>Irvine, CA  92612 | Ron Bender<br>Monica Y. Kim<br>Krikor J. Meshefejian<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067 | |
| **Equity Holders - SERVED BY EMAIL** | | |
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email:  obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email:  rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email:  scott.jarus@verizon.net** |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

106305615\V-1

US_Active\106305615\V-1