SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
ARTHUR H. RUEGGER (admitted *pro hac vice*)
arthur.ruegger@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924

Attorneys for Trustee and Trust Board

**FILED & ENTERED**

**FEB 20 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with: 1:17-bk-12409-MB; Chapter 11 Cases<br><br>Adv. Proc. No.: 1:17-ap-01101-MB<br><br>**ORDER APPROVING STIPULATION RE SETTLEMENT AGREEMENT, RELEASE OF FUNDS AND DISMISSAL OF ADVERSARY PROCEEDING [RELATES TO DOCKET NOS.73, 74]]** |
| MATTHEW PLISKIN, AS TRUSTEE OF THE TRUST CREATED UNDER THE JOINT PLAN OF LIQUIDATION DATED FEBRUARY 9, 2018,<br><br>    Objector and Plaintiff,<br><br>  - against -<br><br>RADIANS WAREHAM HOLDING, INC.,<br><br>    Claimant and Defendant. | **[No Hearing Required]** |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

US_Active\114122423\V-1

The Court, having considered the *Stipulation re Settlement Agreement, Release of Funds and Dismissal of Adversary Proceeding* (the "Stipulation") [Docket No. 74], by and among Matthew Pliskin, as Trustee of the Trust (the "Trustee") created under the Joint Plan of Liquidation, dated February 9, 2018, in *In re ICPW Liquidation Corporation,* a California corporation, *et al.,* Lead Case No.: 1:17-bk-12408-MB, in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, on the one hand, and Radians Wareham Holding, Inc. ("RWHI"), on the other, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is approved;

2. The Trustee's obligation to reserve the Funds (as defined in the Stipulation) is discharged, and the Trustee is no longer required to hold the Agreed Class 3 Reserve Fund in the amount in the Account (as defined in the Stipulation);

3. The Adversary Proceeding is hereby dismissed with prejudice; and

4. Upon receipt of the Payment (as defined in the Settlement Agreement), RWHI waives any right or entitlement to further distribution on account of the claims set forth in the Proofs of Claim (as defined in the Stipulation).

**IT IS SO ORDERED.**

###

Date: February 20, 2020

Martin R Barash
United States Bankruptcy Judge

US_Active\114122423\V-1