United States Bankruptcy Court
Central District of California

Matthew Pliskin, as Trustee of the Trust,
    Plaintiff

Adv. Proc. No. 17-01101-MB

Radians Wareham Holding, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 1     Date Rcvd: Feb 20, 2020
                       Form ID: pdf031     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Matthew Pliskin
pla            Matthew Pliskin, as Trustee of the Trust Created U
dft            Radians Wareham Holding, Inc.
dft            Radians, Inc.
dft            Safety Supply Corporation
                                                                                                    TOTALS: 5, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
         Natalie B. Daghbandan    on behalf of Defendant    Radians, Inc. natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
         Natalie B. Daghbandan    on behalf of Defendant    Radians Wareham Holding, Inc. natalie.daghbandan@bclplaw.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
         Natalie B. Daghbandan    on behalf of Defendant    Safety Supply Corporation natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
         Samuel R Maizel    on behalf of Plaintiff    Matthew Pliskin, as Trustee of the Trust Created Under the Joint Plan of Liquidation Dated February 9, 2018 samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
         Sharon Z. Weiss    on behalf of Defendant    Radians, Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
         Sharon Z. Weiss    on behalf of Defendant    Radians Wareham Holding, Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
         Sharon Z. Weiss    on behalf of Defendant    Safety Supply Corporation sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
         Tania M Moyron    on behalf of Interested Party Matthew  Pliskin tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;Jacqueline.whipple@dentons.com
         Tania M Moyron    on behalf of Plaintiff    Matthew Pliskin, as Trustee of the Trust Created Under the Joint Plan of Liquidation Dated February 9, 2018 tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;Jacqueline.whipple@dentons.com
         United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                    TOTAL: 10

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
ARTHUR H. RUEGGER (admitted *pro hac vice*)
arthur.ruegger@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924

Attorneys for Trustee and Trust Board

**FILED & ENTERED**

FEB 20 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY**

In re:

ICPW LIQUIDATION CORPORATION, a California corporation,[1]

    Debtor and Debtor in Possession.

In re:

ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]

    Debtor and Debtor in Possession.

MATTHEW PLISKIN, AS TRUSTEE OF THE TRUST CREATED UNDER THE JOINT PLAN OF LIQUIDATION DATED FEBRUARY 9, 2018,

    Objector and Plaintiff,

  - against -

RADIANS WAREHAM HOLDING, INC.,

    Claimant and Defendant.

Lead Case No.: 1:17-bk-12408-MB
Jointly administered with: 1:17-bk-12409-MB; Chapter 11 Cases

Adv. Proc. No.: 1:17-ap-01101-MB

**ORDER APPROVING STIPULATION RE SETTLEMENT AGREEMENT, RELEASE OF FUNDS AND DISMISSAL OF ADVERSARY PROCEEDING [RELATES TO DOCKET NOS.73, 74]]**

**[No Hearing Required]**

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

US_Active\114122423\V-1

The Court, having considered the *Stipulation re Settlement Agreement, Release of Funds and Dismissal of Adversary Proceeding* (the "Stipulation") [Docket No. 74], by and among Matthew Pliskin, as Trustee of the Trust (the "Trustee") created under the Joint Plan of Liquidation, dated February 9, 2018, in *In re ICPW Liquidation Corporation,* a California corporation, *et al.,* Lead Case No.: 1:17-bk-12408-MB, in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, on the one hand, and Radians Wareham Holding, Inc. ("RWHI"), on the other, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is approved;

2. The Trustee's obligation to reserve the Funds (as defined in the Stipulation) is discharged, and the Trustee is no longer required to hold the Agreed Class 3 Reserve Fund in the amount in the Account (as defined in the Stipulation);

3. The Adversary Proceeding is hereby dismissed with prejudice; and

4. Upon receipt of the Payment (as defined in the Settlement Agreement), RWHI waives any right or entitlement to further distribution on account of the claims set forth in the Proofs of Claim (as defined in the Stipulation).

**IT IS SO ORDERED.**

###

Date: February 20, 2020

Martin R Barash
United States Bankruptcy Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

US_Active\114122423\V-1